```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF GEORGIA
                        ATLANTA DIVISION
```

UNITED STATES OF AMERICA,

v.

    CRIMINAL CASE NO.

    1:13-cr-391-02-JEC-AJB

DIEGO CABALLERO-VAZQUEZ,

    Defendant.

### ORDER

This case is before the Court on the Magistrate Judge's Report and Recommendation [34] recommending accepting defendant's plea of guilty tendered on March 5, 2014. No objections to the Report and Recommendation [34] have been filed.

It is hereby Ordered that the Court **ADOPTS** the Magistrate Judge's Report and Recommendation [34] and **ACCEPTS** the defendant's plea of guilty as to Count One of the Indictment.

SO ORDERED this 23rd day of May, 2014.

    /s/ Julie E. Carnes
    JULIE E. CARNES
    CHIEF U.S. DISTRICT JUDGE

AO 72A
(Rev.8/82)